## 454

**No. 39676.**—Protest 892288–G of A. De Pinna Co., Inc. (New York).

Opinion by Tilson, J. From the record it was found that certain items consist of knit wearing apparel similar to that involved in *United States* v. *International Clearing House of New York* (25 C. C. P. A. 117, T. D. 48416). The claim at 50 cents per pound and 50 percent ad valorem under paragraph 1114 was therefore sustained.

**No. 39677.**—Protests 944429–G, etc., of Wm. Shaland et al. (New York).

Opinion by Tilson, J. On the record presented the protests were dismissed for lack of evidence.

**No. 39678.**—Protests 979860, etc., of Lord & Taylor et al. (New York).

Opinion by Tilson, J. From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. As to these the claim at 60 percent under paragraph 1430 was sustained. Embroideries similar to those involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) were held dutiable at 75 percent under paragraph 1430.

**No. 39679.**—Protests 991730, etc., of Judkins & McCormick Co. (New York).

Opinion by Tilson, J. It was established that certain items consist of articles in chief value of cellulose filaments similar to those the subject of Abstract 37230 and *Amberg* v. *United States* (T. D. 46204). The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39680.**—Protests 999515, etc., of Bordeaux Importing Co. et al. (New York).

Opinion by Tilson, J. From the record it was found that certain items consist of articles in chief value of cellulose filaments similar to those the subject of Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 39681.**—Protests 823818–G, etc., of M. Zwiebel et al. (New York).

Opinion by Kincheloe, J. On the records presented the protests were overruled.